KEITHSBURG AND EASTERN RAILROAD COMPANY *et al.*

*v.*

HENRY A. HENRY.

1. PLEADING AND EVIDENCE—*proof of execution of a bond by a corporation.* Where an appeal bond of a railway company is sued on, and there is no plea under oath denying it is the bond of the company, and it purports on its face to be the bond of the company, and is signed by its president and secretary, with the corporate seal attached, no other proof of its being the bond of the company is necessary.

2. EVIDENCE—*in suit on appeal bond.* In a suit upon an appeal bond given on an appeal to this court, the judgment of affirmance by this court is conclusive as to the validity of the judgment appealed from, and no inquiry can be had as to the merits of the original controversy, nor as to the validity of the judgment.

APPEAL from the Circuit Court of Mercer county; the Hon. GEORGE W. PLEASANTS, Judge, presiding.

Mr. B. C. TALIAFERRO, for the appellants.

Messrs. PEPPER & WILSON, for the appellee.

Mr. JUSTICE SCOTT delivered the opinion of the Court:

This action was on an appeal bond in the penal sum of $2500, and was subject to a condition thereunder written in which it is recited that on the 28th day of July, 1875, appellee recovered a judgment against the Keithsburg and Eastern Railroad Company for the sum of $1500 and costs of suit, from which judgment the company had taken an appeal to

the Supreme Court, and that if the company should prosecute its appeal with effect, and should pay the judgment, costs, interest and damages in case the judgment was affirmed, then the bond should be void; otherwise, to remain in full force and effect. It is proved the judgment was afterwards affirmed in the Supreme Court. There is no plea under oath denying it is the bond of the railroad company. It purports on its face to be the bond of the company, is signed by its president and secretary, with the corporate seal attached, and under the pleadings no other proof was necessary.

The judgment of the Supreme Court is conclusive as to the validity of the judgment appealed from, and no inquiry can be had in this collateral proceeding as to the merits of the original controversy, nor even as to the validity of the judgment itself.

The judgment will be affirmed.

*Judgment affirmed.*